UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                       CIVIL ACTION NO.: 14-10589

JAMES A. MORTON                      HONORABLE: George Caram Steeh

    Defendant,
_____/

## ORDER EXTENDING TIME FOR SERVICE

**THIS MATTER** having been brought before this Court by the Motion to Extend Time for Service filed by the Plaintiff; and the Court having found pursuant to FRCP 5 (m), this Court may extend the time for service upon good cause shown; and Plaintiff having shown good cause to extend the time for service in this matter;

**IT IS HEREBY ORDERED** that in the Plaintiff's Motion to Extend Time For Service is GRANTED. Plaintiff shall have 120 days from the date of this Order (October 4, 2014) to effectuate service upon Defendant.

DATED: June 4, 2014

                                               s/George Caram Steeh
                                               HON. GEORGE CARAM STEEH
                                               UNITED STATES DISTRICT JUDGE