UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,                  CIVIL ACTION NO.: 14-10589

vs.                                HONORABLE: George Caram Steeh

JAMES A. MORTON,

        Defendant,
_____/

## ORDER FOR ALTERNATE SERVICE

After reviewing the Motion herein, and being otherwise advised in the matter:

THE COURT FINDS:

Service of process upon defendant JAMES A. MORTON cannot reasonably be made as provided in FRCP 5(b) or MCR 2.105, and service of process may be made in a manner which is reasonably calculated to give Defendant actual notice of the proceeding and an opportunity to be heard.

IT IS ORDERED:

Service of the Summons and Complaint and a copy of this order may be made by the following method(s):

    a.  ☒  First class mail to 11967 W. Outer Drive, Detroit, MI 48223.

    b.  ☒  Certified Mail, Return Receipt Requested.

    c.  ☒  Tacking or firmly affixing to the door at 11967 W. Outer Drive, Detroit, MI 48223.

IT IS FURTHER ORDERED:

For each method used, proof of service must be filed promptly with the court.

                                        _____
                                        George Caram Steeh
                                        United States District Judge

Dated: JUN 1 8 2014